Crane M. Pomerantz
Nevada Bar No. 14103
SKLAR WILLIAMS, PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Email: cpomerantz@sklar-law.com
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000

Christopher F. Robertson (pro hac vice application forthcoming)
Bar No. 642094
Email: crobertson@seyfarth.com
Anne V. Dunne (pro hac vice application forthcoming)
Bar No. 681893
Email: adunne@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile:  (617) 946-4801

Attorneys for Defendants Elon Musk,
Tesla, Inc., and Tesla Motors, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KARL HANSEN, | Case No. 3:19-cv-00413-LRH-WGC |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |
| ELON MUSK; TESLA, INC.; TESLA MOTORS, INC.; U.S. SECURITY ASSOCIATES; DOES 1 THROUGH 50, | |
| Defendants | |

The undersigned attorneys of record for Defendants Elon Musk, Tesla Inc., and Tesla Motors, Inc. ("Tesla") certify that at this time no known interested parties other than those

. . .

. . .

. . .

1

participating in the case have a direct, pecuniary interest in the outcome of this case. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 19th day of September, 2019.

SKLAR WILLIAMS PLLC

By: _____
Crane M. Pomerantz
Nevada Bar No. 14103
SKLAR WILLIAMS, PLLC
410 S. Rampart Blvd., Ste. 350
Las Vegas, NV 89145
Tel: (702) 360-6000
Fax: (702) 360-0000

Christopher F. Robertson
(pro hac vice application forthcoming)
Bar No. 642094
Anne V. Dunne
(pro hac vice application forthcoming)
Bar No. 681893
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Ln., Ste. 300
Boston, MA  02210-2028
Tel: (617) 946-4800
Fax: (617) 946-4801

Attorneys for Defendants Elon Musk, Tesla, Inc., and Tesla Motors, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Sklar Williams PLLC, and that on this 19th day of September, 2019, I caused a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** to be electronically filed with the Clerk of the Court by submitting the document listed above to the electronic filing and service system (CM/ECF) at the United States District Court, District of Nevada.  CM/ECF will provide copies to all parties and counsel of record registered to receive CM/ECF notifications.

      /s/ Eugene J. Crawford
An employee of SKLAR WILLIAMS PLLC