| | |
|---|---|
| 1 | MATTHEW T. CECIL |
| | Nevada State Bar No. 9525 |
| 2 | Holland & Hart LLP |
| | 9555 Hillwood Drive, 2nd Floor |
| 3 | Las Vegas, NV 89134 |
| | Tel: (702) 669-4600 |
| 4 | Fax: (702) 669-4650 |
| | Email: MTCecil@hollandhart.com |
| 5 | |
| | JEREMY T. NAFTEL |
| 6 | California State Bar No. 185215 |
| | JANINE M. BRAXTON |
| 7 | California State Bar No. 296321 |
| | *(pro hac vice applications forthcoming* |
| 8 | MARTENSON, HASBROUCK & SIMON LLP |
| | 455 Capitol Mall, Suite 601 |
| 9 | Sacramento, California 95814 |
| | Email: jnaftel@martensonlaw.com |
| 10 | jbraxton@martensonlaw.com |

Attorneys for Defendant
U.S. SECURITY ASSOCIATES

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARL HANSEN, | Case No.: 3:19-cv-00413 |
| Plaintiff | **STIPULATION TO EXTEND TIME FOR DEFENDANT U.S. SECURITY ASSOCIATES TO RESPOND TO THE COMPLAINT** |
| v. | |
| ELON MUSK; TESLA, INC.; TESLA MOTORS, INC.; U.S. SECURITY ASSOCIATES; DOES 1 THROUGH 50, THE PENTA BUILDING GROUP, INC., | |
| Defendants | |

WHEREAS, on July 19, 2019, Plaintiff KARL HANSEN ("Plaintiff") filed a complaint against Defendant U.S. SECURITY ASSOCIATES, ("Defendants") entitled *Karl Hansen v. Elon Musk, et al.* Case No. 3:19-cv-00413 (hereinafter the "Complaint") (collectively, Plaintiff and Defendant hereinafter shall be referred to as, the "Parties");

WHEREAS, on October 1, 2019 Defendant was served with the Complaint via personal service to the Registered Agent for Service of Process, CT Corp.;

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

WHEREAS, Defendant is appearing specially for the sole purpose of taking part in this Stipulation and requests to the Court to extend the time for Defendant to answer or otherwise respond to the Complaint;

WHEREAS, the Parties to the above-captioned action agreed to a 21-day extension of time to answer or otherwise respond to the Complaint from October 22, 2019. Accordingly, Defendant's response to the Complaint is due November 12, 2019.

THEREFORE, Plaintiff and Defendant respectfully request that the Court grant leave for Defendant's time to respond to the Complaint to be extended to November 12, 2019.

**IT IS SO STIPULATED**

Dated: October 22, 2019        WATKINS & LETOFSKY, LLP

By: */s/ Joseph M. Ortuno*
    Daniel R. Watkins
    Joseph M. Ortuno

    Attorneys for Plaintiff
    KARL HANSEN

Dated: October 22, 2019        HOLLAND & HART, LLP

By: */s/ Matthew T. Cecil*
    Matthew T. Cecil
    Attorneys for Defendant
    U.S. SECURITY ASSOCIATES

**ORDER**

**IT IS SO ORDERED.**

Dated: October 23, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

13733017_1

2