THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KARL HANSEN,

    Plaintiff,

vs.

ELON MUSK; TESLA, INC.; TESLA MOTORS, INC.; U.S. SECURITY ASSOCIATES; DOES 1 THROUGH 50

    Defendants.

Case No.: 3:19-cv-00413

**NOTICE AND APPROVAL OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Plaintiff Karl Hansen hereby substitutes Joshua D. Buck, Mark Thierman, and Leah L. Jones of Thierman Buck LLP, 7287 Lakeside Drive, Reno, NV 89511, as counsel of record in place and stead of Daniel R. Watkins, Eran S. Forster of Watkins and Letofsky LLP, 8215 s. Eastern Ave,. Ste 265, Las Vegas, NV 89123.

Dated: February 04, 2020

                                      /s/ Karl Hansen
                                      Karl Hansen

I consent to the above substitution.

Dated: February 1, 2020   _____
                          Daniel R. Watkins

Dated: February 4th, 2020 _____
                          Joe Ortuno

I am duly admitted to practice in this District and accept the above substitution.

Dated: February 18, 2020  _____
                          Joshua D. Buck

Dated: February 10, 2020  _____
                          Mark R. Thierman

Dated: February 18, 2020  _____
                          Leah L. Jones

Karl Hansen has retained Joshua D. Buck, Mark R. Thierman, and Leah L. Jones of Thierman Buck LLP.

### APPROVAL OF SUBSTITUTION OF COUNSEL

The above Notice of Substitution of Counsel is hereby **APPROVED**.

DATED  February 20, 2020.   _____
                            United States Magistrate Judge