Joshua D Buck
Leah Lin Jones
Mark R. Thierman
Thierman Buck, LLP
7287 Lakeside Drive
Reno, NV 89511
775-284-1500
Email: josh@thiermanbuck.com
Email: leah@thiermanbuck.com
Email: laborlawyer@pacbell.net

Nicholas Wyckoff Woodfield
The EmploymentLaw Group, PC
888 17th St. NW
9th Floor
Washington, DC 20006
202-261-2812
Email: nwoodfield@employmentlawgroup.com

Attorneys for Plaintiff
KARL HANSEN

[COUNSEL CONTINUED ON NEXT PAGE]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARL HANSEN,<br><br>          Plaintiff,<br>     vs.<br><br>ELON MUSK; TESLA, INC.; TELSA MOTORS, INC.; U.S. SECURITY ASSOCIATES; DOES 1 THROUGH 50,<br><br>          Defendants. | Case No. 3-19-cv-00413-LRH-WGC<br><br>**FIRST STIPULATION TO EXTEND PRETRIAL DEADLINES** |

/ / /

/ / /

/ / /

/ / /

/ / /

FIRST STIPULATION TO EXTEND PRETRIAL DEADLINES

-1-

Case No. 3-19-cv-00413+-LRH-WGC

62627487v.1

1  Crane M. Pomerantz
   Nevada Bar No. 14103
2  SKLAR WILLIAMS, PLLC
   410 South Rampart Boulevard, Suite 350
3  Las Vegas, Nevada 89145
4  Email: cpomerantz@sklar-law.com
   Tel: (702) 360-6000
5  Fax: (702) 360-0000

6  Christopher F. Robertson
   Bar No. 642094
7  Email: crobertson@seyfarth.com
8  Anne V. Dunne
   Bar No. 681893
9  Email: adunne@seyfarth.com
   SEYFARTH SHAW LLP
10 World Trade Center East Two Seaport Lane, Suite 300
   Boston, Massachusetts 02210-2028
11 Telephone: (617) 946-4800
12 Facsimile: (617) 946-4801

13 Attorneys for Defendants
   ELON MUSK, TESLA, INC., and TESLA MOTORS, INC.
14

15 Matthew T. Cecil
   Nevada State Bar No. 9525
16 HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
17 Las Vegas, NV 89134
   Tel: (702) 669-4600
18 Fax: (702) 669-4650
19 Email: MTCecil@hollandhart.com

20 S. Jordan Walsh
   Nevada State Bar No.
21 Dora V. Lane
   Nevada State Bar No.
22 HOLLAND & HART LLP
23 5441 Kietzke Lane, Suite 200
   Reno, NV 89511
24 Tel:  (775) 327-3000
   Fax:  (775) 786-6179 (fax)
25 Email: sjwalsh@hollandhart.com
          dlane@hollandhart.com
26

27 / / /
   / / /
28 / / /

FIRST STIPULATION TO EXTEND PRETRIAL
DEADLINES                                    -2-
                                                                Case No. 3-19-cv-00413+-LRH-WGC
62627487v.1

///
Jeremy T. Naftel
California State Bar No. 185215
Janine M. Braxton
California State Bar No. 296321
Alex A. Smith
California State Bar No. 317224
MARTENSON, HASBROUCK & SIMON LLP
455 Capitol Mall, Suite 601
Sacramento, California 95814
Email: jnaftel@martensonlaw.com
       jbraxton@martensonlaw.com
       alexsmith@martensonlaw.com

Attorneys for Defendant
U.S. SECURITY ASSOCIATES

Pursuant to LR IA 6 of the Local Rules of Practice for the District Court for the District of Nevada, Plaintiff Karl Hansen and Defendants Elon Musk ("Musk"), Tesla, Inc., Tesla Motors, Inc. (collectively the "Tesla Parties"), and U.S. Security Associates ("USSA") (collectively "Parties") by and through their respective counsel, jointly stipulate and move this Court to extend the remaining deadlines set forth in the Court's Order of December 10, 2019 (Docket Entry "D.E." 27) in light of the following:

On February 27, 2020, the Tesla Parties filed a motion to compel arbitration. (D.E. 39.) On March 10, 2020, Plaintiff filed an opposition to the Tesla Parties' motion to compel arbitration. (D.E. 40.) On March 17, 2020, the Tesla Parties filed a reply in support of their motion to compel arbitration. (D.E. 41.) This Court's ruling on the motion to compel may potentially change the scope and procedural posture of this matter.

On March 12, 2020, Governor Sisolak declared a state of emergency for Nevada in response to the novel coronavirus disease outbreak. One day later, on March 13, 2020, President Donald Trump issued a proclamation on declaring a national emergency concerning the novel coronavirus disease (COVID-19) outbreak. In light of the COVID-19 outbreak, the Parties and their respective counsel are unable to travel to take depositions, and various offices are closed pending further notice.

FIRST STIPULATION TO EXTEND PRETRIAL
DEADLINES                                             -3-
                                                                    Case No. 3-19-cv-00413+-LRH-WGC
62627487v.1

1   WHEREFORE, the Parties hereby jointly stipulate and respectfully move this Court to enter
2   an Order extending the remaining deadlines set forth in its December 10, 2019 Order as follows:

3   Deadline Plaintiff's disclosure of expert testimony:     May 25, 2020
4   Deadline: Defendant's disclosure of expert testimony:    June 26, 2020
5   Deadline: Discovery cut-off:                             July 25, 2020
6   Deadline: Dispositive Motions:                           August 24, 2020
7   Deadline: Joint Pre-trial Order:                         September 22, 2020

8   Jointly and respectfully submitted:

9   Dated:  March 20, 2020            THE EMPLOYMENT LAW GROUP

                                      _____/s/_____
11                                    Nicholas Woodfield

12                                    Mark R. Thierman
                                      Thierman Buck, LLP
13                                    7287 Lakeside Drive
                                      Reno, NV 89511
14
15                                    *Attorneys for Plaintiff Karl Hansen*

16
17  Date:  March 20, 2020             SEYFARTH SHAW LLP

18
                                      _____/s/_____
19                                    Christopher F. Robertson, Esq.

20
                                      Crane M. Pomerantz
21                                    SKLAR WILLIAMS,PLLC
                                      410 S. Rampart Blvd., Suite 350
22                                    Las Vegas, NV 89145

23
                                      *Attorneys for Elon Musk, Tesla, Inc., and
24                                    Tesla Motors, Inc.*

25  . .
26  . .
27  . .
28  . .

FIRST STIPULATION TO EXTEND PRETRIAL
DEADLINES                                   -4-
                                                              Case No. 3-19-cv-00413+-LRH-WGC
62627487v.1

1   Date:  March 20, 2020			MARTENSON, HASBROUCK & SIMON LLP

2
					    _____/s/_____
3					    Jeremy T. Naftel

4
					    Matthew T. Cecil
5					    HOLLAND AND HART, LLP
					    9555 Hillwood Drive, 2nd Floor
6					    Las Vegas, NV 89134

7					    *Attorneys for U.S. Security Associates*

8   IT IS SO ORDERED:
9

10  DATED: _____

11					    _____
					    UNITED STATES DISTRICT JUDGE,
12					    UNITED STATES MAGISTRATE JUDGE,