UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KARL HANSEN,<br><br>    *Plaintiff*,<br><br>v.<br><br>ELON MUSK; TESLA, INC.; TESLA MOTORS, INC.; U.S. SECURITY ASSOCIATES; *et al*.<br><br>    *Defendants*. | Case No. 3-19-cv-00413-LRH-WGC |

**Index of Exhibits in Support of Plaintiff's Motion to Compel**

1. Declaration of Nicholas Woodfield in support of Motion to Compel Production

    a. Ex. A – Plaintiff's First Interrogatories to Defendants
    b. Ex. B – Plaintiff's First Requests for Production to Defendants
    c. Ex. C – Tesla Parties' response to Plaintiff's Discovery Requests to Defendants
    d. Ex. D – USSA's Responses to Plaintiff's First Interrogatories to Defendants
    e. Ex. E – USSA's Responses to Plaintiff's First Requests for Production to Defendants