Joshua D Buck
Leah Lin Jones
Mark R. Thierman
Thierman Buck, LLP
7287 Lakeside Drive
Reno, NV 89511
775-284-1500
Email: josh@thiermanbuck.com
Email: leah@thiermanbuck.com
Email: laborlawyer@pacbell.net

Nicholas Wyckoff Woodfield
The Employment Law Group, PC
888 17th St. NW
9th Floor
Washington, DC 20006
202-261-2812
Email: nwoodfield@employmentlawgroup.com

Attorneys for Plaintiff
KARL HANSEN

[COUNSEL CONTINUED ON NEXT PAGE]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARL HANSEN,<br><br>        Plaintiff,<br><br>  vs.<br><br>ELON MUSK; TESLA, INC.; TELSA MOTORS, INC.; U.S. SECURITY ASSOCIATES; DOES 1 THROUGH 50,<br><br>        Defendants. | Case No. 3-19-cv-00413-LRH-WGC<br><br>**STIPULATION TO STAY PRETRIAL DEADLINES** |

/ / /

/ / /

/ / /

/ / /

/ / /

Crane M. Pomerantz
Nevada Bar No. 14103
SKLAR WILLIAMS, PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Email: cpomerantz@sklar-law.com
Tel: (702) 360-6000
Fax: (702) 360-0000

Christopher F. Robertson
Bar No. 642094
Email: crobertson@seyfarth.com
Anne V. Dunne
Bar No. 681893
Email: adunne@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East Two Seaport Lane, Suite 300
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Attorneys for Defendants
ELON MUSK, TESLA, INC., and TESLA MOTORS, INC.

Matthew T. Cecil
Nevada State Bar No. 9525
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: MTCecil@hollandhart.com

Jeremy T. Naftel
California State Bar No. 185215
Janine M. Braxton
California State Bar No. 296321
Alex A. Smith
California State Bar No. 317224
MARTENSON, HASBROUCK & SIMON LLP
455 Capitol Mall, Suite 601
Sacramento, California 95814
Email: jnaftel@martensonlaw.com
        jbraxton@martensonlaw.com
        alexsmith@martensonlaw.com

Attorneys for Defendant
U.S. SECURITY ASSOCIATES

1       Pursuant to LR IA 6 of the Local Rules of Practice for the District Court for the District of

2  Nevada, Plaintiff Karl Hansen and Defendants Elon Musk ("Musk"), Tesla, Inc., Tesla Motors, Inc.

3  (collectively the "Tesla Parties"), and U.S. Security Associates ("USSA") (collectively "Parties")

4  by and through their respective counsel, hereby stipulate and jointly move this Court to stay the

5  remaining deadlines set forth in the Court's Amended Scheduling Order of March 23, 2020

6  (Docket Entry "D.E." 43) in light of the following:

7       On February 27, 2020, the Tesla Parties filed a motion to compel arbitration.  (D.E. 39.)  On

8  March 10, 2020, Plaintiff filed an opposition to the Tesla Parties' motion to compel arbitration.

9  (D.E. 40.)  On March 17, 2020, the Tesla Parties filed a reply in support of their motion to compel

10  arbitration.  (D.E. 41.)  On March 27, 2020, USSA filed a motion to compel arbitration.  (D.E. 44.)

11  On April 7, 2020, Plaintiff filed an opposition to USSA's motion to compel arbitration.  (D.E. 45.)

12  On April 14, 2020, USSA filed a reply in support of their motion to compel arbitration.  (D.E. 47.)

13  This Court's ruling on the motions to compel arbitration will potentially change the scope and

14  procedural posture of this matter.

15       As further grounds, on April 17, Plaintiff filed a motion to compel Defendants' written

16  discovery responses.  (D.E. 48.)  On May 1, the Defendants filed oppositions to Plaintiff's motion

17  to compel discovery in light of the pending motions to compel arbitration.  (D.E. 50, 51.)

18       WHEREFORE, the Parties hereby stipulate and respectfully move this Court to enter an

19  Order staying the remaining deadlines set forth in its March 20, 2020 Order pending resolution of

20  the pending motions to compel arbitration and compel discovery.

21  Jointly and respectfully submitted:

22  Dated:  June 4, 2020         THE EMPLOYMENT LAW GROUP

23

24                     /s/
                  Nicholas Woodfield

25                -and-

26                     /s/
                  Mark R. Thierman

27                  Thierman Buck, LLP
                  *Attorney for Karl Hansen*

28

1  Date:  June 4, 2020                    SEYFARTH SHAW LLP

2

3                                         _____/s/_____
                                          Christopher F. Robertson, Esq.

4                                         -and-

5                                         SKLAR WILLIAMS, PLLC

6
                                          _____/s/_____
7                                         Crane M. Pomerantz, Esq.

8                                         *Attorneys for Elon Musk, Tesla, Inc., and*
                                          *Tesla Motors, Inc.*
9

10  Date:  June 4, 2020                   MARTENSON, HASBROUCK & SIMON LLP

11

12                                        _____/s/_____
                                          Jeremy T. Naftel

13                                        -and-

14                                        HOLLAND AND HART, LLP

15
                                          _____/s/_____
16                                        Matt T. Cecil

17                                        *Attorneys for U.S. Security Associates*

18

19  IT IS SO ORDERED:

20                                        William G. Cobb
                                          _____
21                                        UNITED STATES MAGISTRATE JUDGE

22
    DATED:  June 5, 2020.
23

24

25

26

27

28