UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KARL HANSEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELON MUSK; TESLA, INC.; TESLA MOTORS, INC; U.S. SECURITY ASSOCIATES; DOES 1 THROUGH 50,<br><br>　　　　　Defendant. | Case No.: 3:19-cv-00413-LRH-CSD |

## WITHDRAWAL OF ATTORNEY A. DUNNE

**PLEASE TAKE NOTICE** that Anne V. Dunne, Esq., hereby withdraws as counsel for Elon Musk, Tesla, Inc., and Tesla Motors, Inc. (the "Defendants").  The Defendants will continue to be represented by Christopher Robertson of Seyfarth Shaw, LLP who has appeared in this case.

Dated: May 6, 2022                                         Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Anne V. Dunne*_____
　　　　　　　　　　　　　　　　　　　　　　　　Christopher F. Robertson (BBO # 642094)
　　　　　　　　　　　　　　　　　　　　　　　　crobertson@seyfarth.com
　　　　　　　　　　　　　　　　　　　　　　　　Anne V. Dunne (BBO # 681893)
　　　　　　　　　　　　　　　　　　　　　　　　adunne@seyfarth.com
　　　　　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　　　　　　Seaport East
　　　　　　　　　　　　　　　　　　　　　　　　Two Seaport Lane, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02210-2028
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　　(617) 946-4800
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　(617) 946-4801

IT IS SO ORDERED.

DATED: May 16, 2022.



_____
UNITED STATES MAGISTRATE JUDGE