Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermabuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Josh Hendrickson, Nev. No. 12225
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

Nicholas Woodfield (Pro Hac Vice)
nwoodfield@employmentlawgroup.com
**The Employment Law Group, P.C.**
1717 K Street, N.W., Suite 1110
Washington, D.C. 20006
(202) 261-2812
(202) 261-2835 (facsimile)

*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARL HANSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>ELON MUSK; TESLA, INC.; TESLA MOTORS, INC.; U.S. SECURITY ASSOCIATES; *et al*.<br><br>  Defendant(s). | Case No.: 3-19-cv-00413-LRH-WGC<br><br>**INDEX OF EXHIBITS** |

## **INDEX OF EXHIBITS**

| Exhibit No. | Description of Document |
|---|---|
| 1. | Evidentiary Hearing Transcript |
| 2. | TCR to Securities & Exchange Commission |
| 3. | Photo of Hansen |
| 4. | Business Insider Email to Elon Musk |
| 5. | Email From Musk re: Hansen |
| 6. | Hansen Appearance on Fox Business Network |