# EXHIBIT 3

Photo of Hansen

| | |
|---|---|
| From: | Kenneth Davis [kendavis@tesla.com] |
| Sent: | 8/23/2018 11:02:03 AM |
| To: | Jeff Jones [jeff.jones@tesla.com] |
| CC: | Elon Musk [erm@tesla.com] |
| Subject: | Karl Hansen- SEC Whistleblower- Immediate attention? |



Exhibit #
Jones 09
01/25/22 RK





Good morning Jeff,

My name is Ken Davis and I am currently part of the Investigations Team at Gigafactory 1. I wanted to bring your attention to, what to me, is a very disturbing observation of an incident that could lead to devastating ramifications to the security of the Gigafactory, as well as damaging effects to the company as a whole.

The above photo snippets, obtained live on 8-22-2018 (yesterday) depict a single U.S. Security Guard manning the Lima 1 position (Main Lobby Entrance) at GF1. This guard is none other than Karl Hansen, the ex-Tesla

Security Guard and current party to the SEC-Whistleblower legal issue. The Lima 1 position is, in my opinion, the first line and most important level of security in the facility, as we no longer scan badges at the North Gate Employee Entrance. What I find extremely disturbing and potentially dangerous is the fact that an ex-Tesla Security Guard, who is a current party to an active SEC Investigation against Tesla and has already displayed acts of very questionable character, is at this time the sole gatekeeper and first contact for visitors and employees at the Gigafactory.

At the moment these snippets were obtained Mr Hansen not only has access to the Gigafactory shared drives from the desktop on the post desk, but also has the ability to allow entrance into the facility to any one person he chooses. Kind of like the wolf guarding the hen house. The ability at this time for Mr Hansen to possibly allow unrestricted and unfettered access to either an investigator for Attorney Stuart Meissner, a reporter, or any other individual(s) with nefarious incentives, to the internal areas of the Gigafactory is not only available but would seem very likely, given his individual monetary incentive as a part of the current and active lawsuit. Also, the observation of a proven disgruntled ex-employee walking around the facility with a large unchecked backpack over his shoulders, is horrifying at the least.

I will admit that I am not currently privileged to nor aware of any possible legalities/contractual issues between Tesla and U.S. Security; therefore, if Tesla Security is aware of and is handling the issue, I will apologize for taking your time. However, knowing the devastating effects that this situation could lead to, I feel it is my responsibility, as well as my duty, to raise awareness to the situation.

Also, I would like to address the current possible SEC investigation as it pertains to Mr Hansen. I was designated by my Supervisor, Sean Gouthro, as Mr Hansen's trainer when he tentatively joined the Investigations team. I also worked side by side in the same room during the same shift as Mr Hansen. Because of this, I am privileged to possess intimate details into the supposed "cartel" investigation Mr.Hansen conducted, including it's origin, authorizations, and errors made by Mr Hansen which lead to incorrect accusations, reporting, and very poor conclusions. I had a brief meeting with my immediate supervisor a few weeks prior to Mr Hanson's notification of his part in the Reduction of Force, along with other Protection Officers. In this meeting I made my supervisor aware of the large mistakes being made by Mr Hansen, as well as describing him as a "Narcissistic and egotistical individual with delusions of grandeur".

I am more than willing to assist and provide any intellectual knowledge I may have , as well as any physical evidence that may be helpful in this matter. I would also like to have the opportunity to discuss, in my opinion, how current security management caused and procured Mr Hansen's activities and beliefs, and how some of the accusations made by Mr Hansen to his and Martin Tripp's Attorney were established. This is the main reason I am bypassing the normal chain of command and reaching out to you.

Thank you for your time.
Ken