# EXHIBIT 4

Business Insider Email to Elon Musk

| | |
|---|---|
| From: | erm@tesla.com [erm@tesla.com] |
| Sent: | 8/16/2018 5:49:20 PM |
| To: | Deepak Ahuja [deepak@tesla.com] |
| CC: | Todd Maron [todd@tesla.com]; Sarah O'Brien [sobrien@tesla.com]; Sam Teller [steller@tesla.com]; Dave Arnold [dwarnold@tesla.com] |
| Subject: | Re: Comment on SEC tip for Business Insider |

██████████████████

On Aug 16, 2018, at 5:34 PM, Deepak Ahuja <deepak@tesla.com> wrote:

████████████████████████████████████████████████████████

On Aug 16, 2018, at 4:51 PM, Elon Musk <erm@tesla.com> wrote:

████████████████████████████████████████████████████████

On Aug 16, 2018, at 3:39 PM, Mark Matousek <mmatousek@businessinsider.com> wrote:

Hi Elon,

I'm a reporter for Business Insider. Would you like to comment on the contents of the SEC tip from Karl Hansen? I have yet to receive a response from Tesla's communications team and would like to include Tesla's response in my story.

According to a press release from Hansen's attorney, the tip alleges that Tesla "(1) failed to disclose to shareholders $37 million dollar thefts of raw materials which occurred between January and June of 2018; (2) failed to disclose to shareholders a policy implemented by Tesla at the direction of its CEO Elon Musk pursuant to which Tesla Gigafactory employees' personal cell phones and computers are able to be monitored and/or hacked by Tesla IT and security personnel; and (3) failed to reveal critical information to law enforcement corroborating allegations of substantial drug trafficking by a Tesla employee at the Nevada Gigafactory, and failed to disclose those allegations or the corroborating evidence to the investing public."

I've attached the full press release.

Thanks,

Mark Matousek

**Mark Matousek**

Reporter


An Insider Inc. Publication

**C:** 847-744-0804
One Liberty Plaza, 8th FL, New York, NY 10006

Sign up for the **Executive Summary**, a biweekly recap of what's new at Insider Inc. Follow us on Twitter!

<Client Revised FinaL To be Released UPDATED.pdf>

CONFIDENTIAL  TESLA000761