# EXHIBIT 6

Hansen Appearance on Fox Business Network

[August 29, 2018 Karl Hansen Appearance on Fox Business News](#)