# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 25, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Karl Hansen
           v. Tesla, Inc., et al.
           No. 24-1109
           (Your No. 23-15296)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 14, 2025 and placed on the docket April 25, 2025 as No. 24-1109.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst